DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELIX J. MARTINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-2140

[December 16, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2003-CF-003597-AXXX-MB.

Felix J. Martinez, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* *Lindsey v. State,* 168 So. 3d 267, 270-71 (Fla. 2d DCA 2015); *Landrum v. State,* 163 So. 3d 1261, 1263 (Fla. 2d DCA 2015), *rev. granted,* No. SC15–1071, 2015 WL 3937380 (Fla. June 18, 2015).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***